No. 10–5540.  COOPER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–5542.  RICHARDSON *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 10–5543.  BERNAZAL *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–5544.  ALCALDE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–5545.  CABRERA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–5546.  SCAGGS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–5547.  HALL *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–5548.  FLORES-CRUZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–5550.  HERNANDEZ-DOMINGUEZ *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 10–5551.  HARGRAVE *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 10–5552.  GROGGER *v.* TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 10–5553.  GRAHAM *v.* BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–5554.  GARCIA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–5555.  FOSTER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–5556.  BUSTAMANTE GONZALEZ *v.* WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.